UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.        Case No. 8:09-cv-2294-T-30TGW

CROWN LIQUORS BROWARD, INC.,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Settlement Agreement (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Settlement Agreement (Dkt. #14) is approved.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2294.dismissal 14.wpd